IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.  04-CV-60637
HONORABLE  WILLIAM J.  ZLOCH

TODD STEVEN ROSENBERG, ROBIN ROSENBERG,
JARED EVAN ROSENBERG AND KASIE BLAKE ROSENBERG,
as their natural children.

       Plaintiffs,
Vs.

TROY TEFTELLER , WARNER L. DANIEL,
TRUCKS, INC., A Georgia Corporation, and
ESTES EXPRESS LINES, INC.
A Virginia Corporation

       Defendants
_____/



## PLAINTIFFS' MOTION FOR REMAND AND MEMORANDUM OF LAW IN SUPPORT THEREOF

    COME NOW the Plaintiffs, TODD STEVEN ROSENBERG, ROBIN ROSENBERG, JARED EVAN ROSENBERG AND KASIE BLAKE ROSENBERG,  by and through their undersigned attorneys hereby file this Motion for Remand and Memorandum of Law in support thereof and state as follows:

1. Plaintiffs in the above captioned action originally brought this complaint against Defendants TROY TEFTELLER, WARNER L. DANIEL and TRUCKS, INC. alleging claims for damages arising out of a motor vehicle accident which occurred on September 20, 2002.

2. Plaintiffs recently amended their complaint to add claims against ESTES EXPRESS LINES, INC.



3. Defendant ESTES EXPRESS LINES, INC. has removed this action arguing that the claims brought against it in the Third Amended Complaint arise under federal law.

4. Simultaneously with this Motion for Remand, Plaintiffs have filed a Notice of Dismissal as to Defendant ESTES EXPRESS LINES, INC. pursuant to Federal Civil Procedure 41(a)(1)(i).

5. As such, any alleged basis for federal jurisdiction in this case no longer exists.

6. None of the claims against TEFTELLER, DANIEL or TRUCKS, INC. are alleged under federal law, nor is there any basis for diversity jurisdiction.

7. Accordingly, Plaintiffs request this Court to remand this action to the state court from which it was removed.

WHEREFORE, Plaintiffs request this Court to grant their Motion for Remand and remand this case to the state court from which it was removed.

## MEMORANDUM OF LAW

Plaintiffs originally filed this cause of action Defendants TROY TEFTELLER, WARNER L. DANIEL, TRUCKS, INC. (and others who are no longer parties to this action) alleging a common law negligence claim. On April 7, 2004 Plaintiffs filed a Third Amended Complaint which added Defendant ESTES EXPRESS LINES, INC. as a Defendant in the action. Certain of the claims against ESTES EXPRESS LINES, INC. alleged violations of certain federal statutes. Without conceding that allegations of violations of federal statutes or regulations provide a basis for removal jurisdiction, Plaintiffs have dismissed Defendant ESTES EXPRESS LINES, INC. by way of a Notice of Dismissal pursuant to Rule 41(a)(1)(i). Rule 41(a)(1)(i) permits a plaintiff to voluntarily

dismiss a cause of action against one or more defendants without prejudice as long as it is done prior to the answer or a summary judgment motion. Plaintiffs have the absolute right to do this. Leave of court is not required and the court may not limit or condition this right. *Madsen v. Park City,* 6 F. Supp. 2d 938, 943 (N.D. Ill. 1998). In a multiple defendant case, it is permissible to voluntarily dismiss just some of the defendants and the fact that some of the defendants have already answered does not preclude invoking this Rule as to the other defendants. Id.

As to the remaining defendants, TEFTELLER, DANIEL and TRUCKS, INC. there is clearly no basis for federal jurisdiction in this case. Claims against these Defendants are founded in common law negligence. There is no diversity jurisdiction in that Plaintiffs and WARNER DANIEL are citizens of the State of Florida.

Since there is no basis for Federal jurisdiction over this case, Plaintiffs request that this action be remanded to the state court from which it was removed.

I HEREBY CERTIFY that a copy of the foregoing was faxed and/or mailed to all counsel of record on this 14th day of May, 2004.

> KRUPNICK, CAMPBELL, MALONE,
> BUSER, SLAMA, HANCOCK,
> LIBERMAN & McKEE, P.A.
> Attorneys for Plaintiffs
> 700 Southeast Third Avenue
> Courthouse Law Plaza, Suite 100
> Fort Lauderdale, Florida  33316
> (954) 763-8181
>
> BY: _____
> KELLEY B. GELB, ESQUIRE
> Florida Bar No.: 492132

Case 0:04-cv-60637-WJZ   Document 2   Entered on FLSD Docket 05/17/2004   Page 5 of 5

### ROSENBERG V. TEFTELLER SERVICE LIST – 02-021715 (21) & 02-021718 (File #17660 JEK)

| | |
|---|---|
| **COUNSEL FOR PLAINTIFFS:**<br>**Jon E. Krupnick** - Krupnick Campbell<br>700 Southeast Third Avenue<br>Fort Lauderdale, Florida 33316<br>Telephone:  (954) 763-8181<br>Facsimile:    (954) 763-8292 | **COUNSEL FOR PROGRESSIVE:**<br>**John Richards** - Cooney/Mattson<br>2312 Wilton Drive<br>Post Office Box 14546<br>Fort Lauderdale, Florida 33302<br>Telephone:  (954) 568-6669<br>Facsimile:    (954) 568-0085 |
| **Warner Daniel individually:**<br>**Joel Schecter**<br>1800 Corporate Blvd. NW – Suite 102<br>Boca Raton, Florida 33431<br>Broward #(954) 786-0706<br>Palm B#   (561) 995-0033<br>FAX#        (561) 995-0069 | **USF & G:  TRUCKS, INC. & WARNER DANIEL**<br>**J. Frank Beauchamp, III**<br>CARMAN, BEAUCHAMP & SANG, P.A.<br>3335 NW. Boca Raton Boulevard<br>Boca Raton, Florida 33431<br>Telephone: (561) 393-6335<br>Facsimile:   (561) 393-0338 |
| **Personal Counsel for Troy Tefteller:**<br>**Arthur L. Wallace, III, Esquire**<br>2401 E. Atlantic Blvd. #400<br>Pompano Beach, FL 33062<br>Phone: (954) 943-2020  FAX:782-1552 | **Co-Counsel for Rosenbergs:**<br>**Bruce Lyons, Esquire**<br>LYONS & SANDERS<br>600 Northeast Third Avenue<br>Fort Lauderdale, Florida 33304<br>Telephone:   467-8700<br>Facsimile:    763-4856 |
| **Counsel for Estes Express Lines:**<br>**Bryant Blevins, Esquire**<br>4000 Ponce de Leon<br>Suite #570<br>Coral Gables, Florida 33146<br><br>Telephone:   (786) 999-1739<br>Facsimile:    (305) 446-3667 | **Charles Singer, Esquire**<br>8880 South Ocean Drive - #510<br>Jensen Beach, Florida 34957<br><br>Telephone:  772-286-2990<br>Facsimile:    772-229-1933 |